# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO.  5:18-CV-133-MOC-DCK

| | | |
|---|---|---|
| **PHILLIPS LANDING OF STATESVILLE, LP,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KEYBANK, N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) filed by Kristen Peters Watson, concerning R. Frank Springfield on August 24, 2018.  Mr. R. Frank Springfield seeks to appear as counsel *pro hac vice* for Defendant KeyBank, N.A.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 4) is **GRANTED.**  Mr. R. Frank Springfield is hereby admitted *pro hac vice* to represent Defendant KeyBank, N.A.

**SO ORDERED**.

Signed: August 27, 2018

David C. Keesler
United States Magistrate Judge