# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-133-MOC-DCK

| | |
|---|---|
| PHILLIPS LANDING OF STATESVILLE, LP, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| KEYBANK, N.A., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Stipulated Motion For Entry Of Protective Order" (Document No. 8) filed January 23, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Stipulated Motion For Entry Of Protective Order" (Document No. 8) is **GRANTED**.

Signed: January 24, 2019

David C. Keesler
United States Magistrate Judge