IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-133-MOC-DCK

| | |
|---|---|
| PHILLIPS LANDING OF STATESVILLE, LP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER** |
| KEYBANK, N.A., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) filed by Kristen Peters Watson, concerning Brent D. Hitson on March 11, 2019. Mr. Brent D. Hitson seeks to appear as counsel *pro hac vice* for Defendant KeyBank, N.A. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **GRANTED.** Mr. Brent D. Hitson is hereby admitted *pro hac vice* to represent Defendant KeyBank, N.A.

**SO ORDERED**.

Signed: March 11, 2019

David C. Keesler
United States Magistrate Judge