# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-133-MOC-DCK

| | |
|---|---|
| PHILLIPS LANDING OF STATESVILLE, LP, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KEYBANK, N.A., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay And Continue Unexpired Deadlines And Trial" (Document No. 19) filed May 8, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay And Continue Unexpired Deadlines And Trial" (Document No. 19) is **GRANTED with modification**. The deadlines are extended as follows:

> Discovery **July 27, 2019**;
>
> Dispositive Motions **August 9, 2019**.

**SO ORDERED**.

Signed: May 8, 2019

David C. Keesler
United States Magistrate Judge